**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

Dated: August 31, 2009



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-67673/0011910839

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:08-bk-15510-EWH |
| Julia V. Vasquez | Chapter 13 |
| Debtors. | O R D E R |
| Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2005-3 | (Related to Docket # 33) |
| Movant, | |
| vs. | |
| Julia V. Vasquez, Debtors; Dianne C. Kerns, Trustee. | |
| Respondents. | |

## ORDER DENYING MOTION FOR RELIEF

This matter having come before the Court for a Preliminary Hearing on June 11, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Eric J. Mcneilus and Beverly B Parker, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Relief from the Automatic Stay requested by Movant is hereby denied without prejudice.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

